## WESTWAY THEATRE, Inc., v. TWENTIETH CENTURY–FOX FILM CORPORATION et al.

### No. 4655.

Circuit Court of Appeals, Fourth Circuit.

Aug. 9, 1940.

Edgar Allan Poe, Jr., and Edgar Allan Poe, both of Baltimore, Md., for appellant.

James Piper and Charles G. Page, both of Baltimore, Md. (R. Dorsey Watkins, J. Calvin Carney, and Piper, Watkins & Avirett, all of Baltimore, Md., and John Fletcher Caskey, Edward C. Raftery, C. Stanley Thompson, and Charles F. Young, all of New York City, on the brief), for appellees.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

The judgment in this case, 30 F.Supp. 830, is affirmed upon the grounds set out in the opinion of the District Judge.

Affirmed.

## ALEXANDER W. HERMAN & CO., Appellant, v. LOFT, Incorporated, and Pepsi-Cola Company, Appellees.

### No. 4617.

Circuit Court of Appeals, Fourth Circuit.

March 12, 1940.

Allan D. Emil and Herman A. Benjamin, both of New York City, and Leon M. Bazile, of Richmond, Va., for appellant.

J. Randolph Tucker, of Richmond, Va., and Arthur T. Vanderbilt, of Newark, N. J., for appellees.

PER CURIAM.

Cause docketed and dismissed on motion of appellees. Order filed.

## Homer ASHLEY v. UNITED STATES of America.

### No. 2132.

Circuit Court of Appeals, Tenth Circuit.

July 8, 1940.

Shuteran & Robinson, of Denver, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.